| DATE RECEIVED: Jun 17 2013 | TIME RECEIVED: 02:36PM | TOTAL SERVED: 54 |
|---|---|---|

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE:  Enmanuel Campos<br>Juana Maritza Lora Brito | CASE NO: 13-22831<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. |
|---|---|

On 6/18/2013, a copy of the following documents, described below,

341 Adjournment Notice,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/18/2013

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Bronson Law Offices P.C.
H. Bruce Bronson
480 Mamaroneck Avenue
HArrison, NY  10528

Mailing List
Address that have been struck through were not served via USPS mail.

| | | |
|---|---|---|
| Am-eagleGEMB*<br>GE Capital Retail bankAttention-<br>PO Box 103104<br>Roswell GA 30076-9104 | Asset Acceptance Llc<br>Po Box 1630<br>Warren MI 48090-1630 | Bank Of America<br>4060 Ogletownstanton Rd<br>Newark DE 19713 |
| Cach LlcSquare Two Financial*<br>Attention- Bankruptcy<br>4340 South Monaco St. 2nd Floor<br>Denver CO 80237-3408 | Cach Llc<br>4340 S Monaco St Unit 2<br>Denver CO 80237-3408 | Cap One<br>Po Box 30253<br>Salt Lake City UT 84130-0253 |
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cap1bstby<br>Po Box 5253<br>Carol Stream IL 60197-5253 | Capital One*<br>Attn- Bankruptcy<br>PO Box 30285<br>Salt Lake City UT 84130-0285 |
| Chase<br>Po Box 15298<br>Wilmington DE 19850-5298 | Childrens PlaceCiticorp Credit<br>Attn- Centralized Bankruptcy<br>PO Box 20363<br>Kansas City MO 64195-0363 | Chldcbna<br>Po Box 6497<br>Sioux Falls SD 57117-6497 |
| Citi<br>701 E 60th St B<br>Sioux Falls SD 57104-0493 | Citibank Sd Na*<br>Attn- Centralized Bankruptcy<br>PO Box 20363<br>Kansas City MO 64195-0363 | Comenity BankNew York & Company*<br>Attention- Bankruptcy<br>P.O. Box 182686<br>Columbus OH 43218-2686 |
| Comenity Bankexpress<br>4690 E. Broad St.<br>Columbus OH 43213 | Comenity Bankexpress<br>Po Box 330066<br>Northglenn CO 80233-8066 | Comenity Banknwyrk&co<br>220 W Schrock Rd<br>Westerville OH 43081-2873 |
| Comenity Bankvctrssec<br>Po Box 182789<br>Columbus OH 43218-2789 | Dsnb Macys<br>Po Box 8218<br>Mason OH 45040-8218 | ExpressComenity Bank*<br>Attention- Bankruptcy Dept<br>PO Box 182686<br>Columbus OH 43218-2686 |
| GECRBBanana Republic*<br>Attn- Bankruptcy<br>PO Box 103104<br>Roswell GA 30076-9104 | GECRBJC Penny*<br>Attention- Bankruptcy<br>PO Box 103104<br>Roswell GA 30076-9104 | Gecrbbanana Rep<br>Po Box 965005<br>Orlando FL 32896-5005 |
| Gecrbgap<br>PO Box 965005<br>Orlando FL 32896-5005 | Gecrbjcp<br>Po Box 965007<br>Orlando FL 32896-5007 | Gecrbold Navy<br>Po Box 965005<br>Orlando FL 32896-5005 |

| | | |
|---|---|---|
| Gecrbsams Club<br>Po Box 965005<br>Orlando FL 32896-5005 | Gecrbwalmart<br>Po Box 965024<br>El Paso TX 79998 | Gembwalmart*<br>Attn- Bankruptcy<br>PO Box 103104<br>Roswell GA 30076-9104 |
| Krystyna Bagan<br>CO Andrew M. Romano Esq.<br>20 S Broadway<br>Yonkers NY 10701-3713 | Macysfdsb*<br>Attn- Bankruptcy<br>PO Box 8053<br>Mason OH 45040-8053 | Northland Group Inc.*<br>PO Box 390905<br>Minneapolis MN 55439-0905 |
| Paul Michael Marketing<br>15916 Union Tpke Ste 302<br>Flushing NY 11366-1955 | Pinnacle Credit Servic<br>7900 Highway 7 # 100<br>Saint Louis Park MN 55426-4045 | Portfolio Recovery&Affiliates<br>120 Corporate Blvd<br>Norfolk VA 23502-4962 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recvry&affil<br>120 Corporate Blvd Ste 1<br>Norfolk VA 23502-4962 | Radiocbna<br>Po Box 6497<br>Sioux Falls SD 57117-6497 |
| Rshkcbsd*<br>Attn.- Citi Centralized Bankruptcy<br>PO Box 20363<br>Kansas City MO 64195-0363 | Sharinn & Lipshie P.C.<br>333 Earle Ovington Blvd ste 302<br>Uniondale NY 11553-3693 | United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York NY 10004-2122 |
| Us Dept Of Edglelsi<br>Po Box 7860<br>Madison WI 53707-7860 | Usdoeglelsi<br>2401 International<br>Madison WI 53704-3121 | Verizon Wireless<br>2000 Corporate Drive<br>Orangeburg NY 10962-2624 |
| Verizon Wirelss<br>National Recovery<br>Minneapolis MN 55426 | Visa Dsnb<br>9111 Duke Blvd<br>Mason OH 45040-8999 | Vzw Ne*<br>Attention- Verizon Wireless<br>PO Box 3397<br>Bloomington IL 61702-3397 |
| WACHOVIA DEALER SERVICES INC<br>BK DEPARTMENT<br>PO BOX 19657<br>IRVINE CA 92623-9657 | Wfs FinancialWachovia Dealer Srvs*<br>PO Box 3569<br>Rancho Cucamonga CA 91729-3569 | Enmanuel Campos<br>267 Hawthorne Ave. Apt. 3C<br>Yonkers NY 10705-1037 |
| H. Bruce Bronson Jr.<br>Bronson Law Offices P.C.<br>480 Mamaroneck Avenue<br>Harrison NY 10528-1621 | Howard P. Magaliff<br>Rich Michaelson Magaliff Moser LLP<br>340 Madison Avenue<br>19th Floor<br>New York NY 10173-1921 | Juana Maritza Lora Brito<br>267 Hawthorne Ave. Apt. 3C<br>Yonkers NY 10705-1037 |